# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Mori Lee, LLC ) | |
| ) | |
| v. ) | Case No. 1:19-cv-7555 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: |
| ) | |
| ) | |
| ) | |

## MORI LEE, LLC
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, undersigned counsel for Plaintiff Mori Lee, LLC, a Delaware Limited Liability Company and a private, non-governmental corporate party to this action ("Plaintiff"), hereby submits the following Corporate Disclosure Statement and certifies that Plaintiff has no publicly traded parent company that owns five percent (5%) or more of its stock.

Respectfully submitted,

By: ___s/David Gulbransen/___
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com