UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Mori Lee

                    Plaintiff,

v.

Case No.: 1:19−cv−07555

Honorable Matthew F. Kennelly

Partnerships and Unincorporated Association
Identified on Schedule "A"

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 3, 2020:

    MINUTE entry before the Honorable Charles R. Norgle, EMERGENCY JUDGE: Enter Revised Preliminary Injunction Order. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.