**Exhibit D**
Screenshot of order from Defendant Website weddirect.co



11