IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mori Lee, LLC ) | |
| ) | |
| v. ) | Case No. 1:19-cv-7555 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Matthew F. Kennelly |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Young B. Kim |
| ) | |

**PLAINTIFF STATUS REPORT**

Plaintiff, through their undersigned counsel, submit the following Status Report as required by the Court's minute order of July 6, 2020.

The court granted and issued the Final Judgment Order on July 5, 2020. As of July 7, 2020, the Plaintiff has either settled and dismissed, or obtained a Default Judgment against all Defendants in the case, with the exception of Weddirect.co.

Weddirect.co has filed an answer to the Plaintiff's complaint, but the Plaintiff and Defendant are engaged in on-going settlement discussions in good faith and are hopeful we may be able to reach a resolution.

Respectfully Submitted, By:   s/David Gulbransen/

David Gulbransen
*Attorney for Plaintiff*

David Gulbransen
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the July 8, 2020, this STATUS REPORT was filed with the CM/ECF system. The Defendant was also provided notice on July 8, 2020, via e-mail.

By:     s/David Gulbransen
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com