IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mori Lee, LLC ) | |
| ) | |
| v. ) | Case No. 1:19-cv-7555 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Matthew F. Kennelly |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Young B. Kim |
| ) | |
| ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 103 | Fannydress | A3UP8BH3G61SUB |

dismisses them from the suit without prejudice.

Dated this 7th Day of August 2020.        Respectfully submitted,


By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com