# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Mori Lee, LLC | ) |
| | ) |
| v. | ) Case No. 1:19-cv-7555 |
| | ) |
| THE PARTNERSHIPS and | ) Judge: Matthew F. Kennelly |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE "A," | ) Magistrate: Young B. Kim |
| | ) |
| | ) |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store ID | Merchant ID |
|---|---|---|
| 70 | Wedding Dazzle | AKZAZ8O1R9GGN |

dismisses them from the suit without prejudice.

Dated this 25th Day of August 2020.         Respectfully submitted,

                                              By:     s/David Gulbransen/
                                                      David Gulbransen
                                                      Attorney of Record
                                                      Counsel for Plaintiff

                                                      David Gulbransen (#6296646)
                                                      Law Office of David Gulbransen
                                                      805 Lake Street, Suite 172
                                                      Oak Park, IL 60302
                                                      (312) 361-0825 p.
                                                      (312) 873-4377 f.
                                                      david@gulbransenlaw.com